# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PLANTAN,<br><br>    Plaintiff,<br><br>v.<br><br>CADIDA TRUST, *et al*.,<br><br>    Defendants. | Case No. 2:05-cv-01045-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that this matter is CLOSED.

DATED this ____ day of December, 2013.

_____
Lloyd D. George
United States District Judge