# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PLANTAN, | |
| Plaintiff, | Case No. 2:05-cv-01045-LDG (GWF) |
| v. | **ORDER** |
| CADIDA TRUST, *et al*., | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that this matter is CLOSED.

DATED this \_\_\_\_ day of December, 2013.

_____
Lloyd D. George
United States District Judge